1  Stephan E. Kyle, State Bar No. 158075
2  Conor Granahan, State Bar No. 240756
   KYLE LAW CORPORATION
3  230 California Street, Suite 600
   San Francisco, CA  94111
4  Telephone:  (415) 839-8100
5  Facsimile:   (415) 839-8189
   skyle@kylelaw.corp.com
6  cgranahan@kylelawcorp.com

7  Attorneys for Plaintiff
8  LYNN ELVIN AMBLER

9  Steven R. Blackburn, State Bar No. 154797
   Andrew J. Sommer, State Bar No. 192844
10 EPSTEIN BECKER & GREEN, P.C.
11 655 Montgomery Street, Suite 1150
   San Francisco, California 94111
12 Telephone: (415) 398-3500
13 Facsimile:  (415) 398-0955
   sblackburn@ebglaw.com
14 asommer@ebglaw.com

15 Attorneys for Defendant
16 BT AMERICAS INC.

**IT IS SO ORDERED**

Judge Edward J. Davila

4/29/2014

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LYNN ELVIN AMBLER,<br><br>               Plaintiff,<br><br>       v.<br><br>BT AMERICAS INC. AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>               Defendants. | Case No.: 12-CV-05518 EJD<br><br>**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**<br>**[Fed. R. Civ. P. 41(a)]** |

1  Plaintiff LYNN ELVIN AMBLER ("Plaintiff") and Defendant BT AMERICAS INC.
2 ("Defendant") (collectively the "Parties"), by and through their counsel of record herein, hereby
3 stipulate and agree as follows:
4  WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a), the Parties agree that
5 Plaintiff's Complaint and his entire action should be dismissed with prejudice.
6  THEREFORE, the Parties stipulate and agree that Plaintiff's Complaint and this entire
7 action shall be and hereby is dismissed with prejudice.

**IT IS SO STIPULATED.**

The Clerk shall close this file.

DATED: April 28, 2014            KYLE LAW CORPORATION

                                 By:    /s/ Stephan E. Kyle
                                        Stephan E. Kyle
                                        Conor Granahan
                                        Attorneys for Plaintiff
                                        LYNN ELVIN AMBLER


DATED: April 28, 2014            EPSTEIN BECKER & GREEN, P.C.

                                 By:    /s/ Andrew J. Sommer
                                        Steven R. Blackburn
                                        Andrew J. Sommer
                                        Attorneys for Defendant
                                        BT AMERICAS INC.